IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

vs.

CARMEN PICACHE,
a/k/a Kelly Jones and,
Kari Roberts,

Defendant.                                            Case No. 13-CR-30073-DRH

## ORDER

**HERNDON, Chief Judge**

    This matter is before the Court on motion of the United States of America to designate this case a Multiple Victim case under the Justice for All Act of 2004, 18 U.S.C.§3771 (Doc. 11). On the basis of the following, the motion is **GRANTED**. The government has represented that, because there are thousands of victims of the purported fraud charged, formal compliance with all of the provisions of the Act would be impracticable.

    Pursuant to 18 U.S.C. §3771(d)(2), the Court finds that the number of crime victims makes it impracticable to accord all of the crime victims all of the rights described in Section 3771(a). The Court therefore orders that the notice and consultation requirements in subsections (2) and (5) of Section 3771(a) may be met through an Internet web page updated to provide notice of relevant events

in the case.  The Court notes that pursuant to court order in *United States v. Kathryn G. Garten*, 12-30320-GPM the approximately 340 identified victims of this charged fraud scheme have been notified by mail that further notification will be provided on the Internet web page for every related case.

The Court determines that such a procedure would give effect to the Act and will not unduly complicate or prolong the proceedings.

**IT IS SO ORDERED.**

Signed this 8th day of May, 2013.

Digitally signed by
David R. Herndon
Date: 2013.05.08
11:18:33 -05'00'

**Chief Judge**
**United States District Court**